# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John Robbenhaar

Arraignment/Detention

| | | | |
|---|---|---|---|
| Case Number: | 19-CR-2320 MV | UNITED STATES vs. DESIDERIO | |
| Hearing Date: | 7/30/2019 | Time In and Out: | 9:42 am – 9:45 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Darrell Desiderio | Defendant's Counsel: | Marshall Ray for Erlinda Johnson |
| AUSA | Letitia Simms | Pretrial/Probation: | D. Marruffo/D. Stewart |
| Interpreter: | | | |

## PROCEEDINGS

- ☐ Defendant sworn
- ☐ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: August 19, 2019
- ☒ Discovery Order electronically entered    ☐ Discovery Order previously entered
- ☒ Case assigned to: Judge Browning
- ☒ Trial will be scheduled by presiding judge    ☐ Trial currently set

## Custody Status

- ☒ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐